JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 16-2496-DOC (KKx)　　　　　　　　　　Date: January 10, 2017

Title: DUKE PARTNERS II LLC V. ADRIAN TRUJILLO

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):  ORDER GRANTING AS UNOPPOSED PLAINTIFF'S MOTION TO REMAND [10]**

　　　Plaintiff filed a Motion to Remand Case to San Bernardino Superior Court ("Motion") (Dkt. 10) on December 12, 2016, and noticed the hearing on the Motion for January 23, 2017. Defendant's opposition was due on or before January 2, 2017. *See* L.R. 7-9. Defendant has not filed any opposition. Accordingly, pursuant to Local Rule 7-12, the Court GRANTS AS UNOPPOSED Plaintiff's Motion. The hearing set for January 23, 2017 is VACATED.

　　　For the foregoing reasons, the Court REMANDS this action to the Superior Court of California, County of San Bernardino.

　　　The Clerk shall serve this minute order on the parties.

MINUTES FORM 11　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: djg
CIVIL-GEN